FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| BRAULIO ERNESTO CARRERA, | Case No. SACV 12-00951 RGK (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| MATTHEW CATE, Secretary, C.D.C.R., | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: April 18, 2013

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY