*FILED - SOUTHERN DIVISION*
*CLERK, U.S. DISTRICT COURT*
*APR 19 2013*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY ___ DEPUTY*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRAULIO ERNESTO CARRERA,<br><br>    Petitioner,<br><br>v.<br><br>MATTHEW CATE,<br>Secretary, C.D.C.R.,<br><br>    Respondent. | Case No. SACV 12-00951 RGK (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: April 18, 2013

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

*ENTERED - SOUTHERN DIVISION*
*CLERK, U.S. DISTRICT COURT*
*APR 19 2013*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY ___ DEPUTY*